

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00700-CR

Omar **ADAME-MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 2573
Honorable Wayne A. Christian, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 19, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice